UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ALLY FINANCIAL, INC.,

                Plaintiff,

    -v-
                                  5:10-CV-976

STAFFORD CHEVROLET, INC., MARTIN D.
JOHNSON, DAVID C. MACKENZIE, MAPLE
CITY AUTO SALES, INC. & MICHAEL SCHARA,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **O R D E R**

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on August 26, 2010, in Utica, New York, it is hereby

ORDERED that

1. The temporary restraining order is VACATED; and

2. Plaintiff's motion for a preliminary injunction is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 26, 2010
       Utica, New York.